IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BYRON ONEAL WHITFIELD, #39734 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:25-CV-695-SDJ |
| | § | |
| SHERIFF, GRAYSON COUNTY | § | |

## <u>ORDER OF DISMISSAL</u>

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation (Dkt. #9), concluding that the petition for writ of habeas corpus should be dismissed without prejudice for failure to prosecute. No objections were timely filed.[1]

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

---

[1] A copy of the Report and Recommendation (Dkt. #9) was returned as undeliverable on August 15, 2025, and marked, "Not Here-Released 7.16.25." (Dkt. #11). Petitioner has not updated his address with the Court.

It is further **ORDERED** that all motions not previously ruled on are hereby

**DENIED**.

So ORDERED and SIGNED this 14th day of September, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE